## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Amye L. Burton and Douglas R. Burton<br>    Debtor(s) | BKY. NO. 14-03548 MDF<br><br>CHAPTER 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

 Kindly enter my appearance on behalf of Associated Bank, N.A., as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 8158

                Respectfully submitted,


                **/s/ Thomas Puleo**
                Thomas Puleo, Esquire
                James C. Warmbrodt, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 825-6306 FAX (215) 825-6406
                Attorney for Movant/Applicant