Re:

AMYE L. BURTON  Case No.: 1-14-03548-HWV
DOUGLAS R. BURTON  Chapter 13
      Debtor(s)

## NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

| **PART 1:** | **MORTGAGE INFORMATION** |
|---|---|
| Creditor Name: | WELLS FARGO |
| Court Claim Number: | 22 |
| Last Four of Loan Number: | 8894 |
| Property Address if applicable: | 32 SEIDERS ROAD, NEW BLOOMFIELD, PA  17068 |

**PART 2:**      **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $315.72 |
| b. | Prepetition arrearages paid by the Trustee: | $315.72 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $315.72 |

**PART 3:**      **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment:  $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding:  UNKNOWN

**PART 4:**      **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

  To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: November 20, 2018     Respectfully submitted,

s/ Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

Re:

AMYE L. BURTON  Case No.: 1-14-03548-HWV
DOUGLAS R. BURTON  Chapter 13
       Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on November 20, 2018, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| CRAIG A. DIEHL, ESQUIRE<br>3464 TRINDLE ROAD<br>CAMP HILL PA, 17011 | SERVED ELECTRONICALLY |
| WELLS FARGO BANK, N.A.<br>ATTN: BANKRUPTCY DEPT/MAC#D3347-014<br>3476 STATEVIEW BLVD<br>FORT MILL, SC, 29715 | SERVED BY 1ST CLASS MAIL |
| AMYE L. BURTON<br><br>122 WOODS DRIVE<br>MECHANICSBURG, PA 17050 | SERVED BY 1ST CLASS MAIL |

DOUGLAS R. BURTON
32 SEIDERS ROAD
NEW BLOOMFIELD, PA 17068

I certify under penalty of perjury that the foregoing is true and correct.

s/ Donna Schott
Charles J. DeHart, III, Trustee
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

Date: November 20, 2018